**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30269 |
| Plaintiff - Appellee, | D.C. No. 6:07-cr-60031-HO |
| v. | |
| ALVARO RAMIREZ-BALDENEBRO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Oregon
Michael R. Hogan, District Judge, Presiding

Submitted February 15, 2010[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Alvaro Ramirez-Baldenebro appeals from his conviction and 160-month

sentence for conspiracy to possess with intent to distribute 100 grams or more of

heroin, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(i) and 846; and possession

with intent to distribute one kilogram or more of heroin, in violation of 21 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 841(a)(1) and (b)(1)(A)(i).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ramirez-Baldenebro's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.